Travers v. Commissioner of Social Security

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1.  WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER").  A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand thirteen.

PRESENT:
>       DENNIS JACOBS,
>               *Chief Judge,*
>       JOSÉ A. CABRANES,
>       CHESTER J. STRAUB,
>               *Circuit Judges.*

_____

Lori S. Travers,

>       *Plaintiff-Appellant,*

>       v.                                          12-827

Commissioner of Social Security,

>       *Defendant-Appellee.*

_____

FOR PLAINTIFF-APPELLANT:        Lori S. Travers, <u>pro se</u>, New York, New York.

**FOR DEFENDANT-APPELLEE:** Susan C. Branagan, Sarah S. Normand, Assistant United States Attorneys, <u>for</u> Preet Bharara, United States Attorney for the Southern District of New York, New York, New York.

Appeal from the order of the United States District Court for the Southern District of New York (Gardephe, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the order of the district court is **AFFIRMED**.

Lori S. Travers appeals the district court's order denying her preliminary injunctive relief in her action seeking review of the denial of disability benefits. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

As an initial matter, we lack jurisdiction to review the magistrate judge's November 2011 report and recommendation (recommending that the district court grant the Commissioner judgment on the pleadings) because the district court has yet to pass on that report and recommendation and enter a final order. <u>LoSacco v. City of Middletown</u>, 71 F.3d 88, 91-92 (2d Cir. 1995).

We review the denial of a motion for a preliminary injunction for abuse of discretion. <u>Malletier v. Burlington Coat Factory Warehouse Corp.</u>, 426 F.3d 532, 537 (2d Cir. 2005). The district court did not abuse its discretion in denying injunctive relief based upon its conclusion that Travers had not demonstrated a likelihood of success on the merits.

Finding no merit in Travers's remaining arguments, we **AFFIRM** the order of the district court.

FOR THE COURT:<br>Catherine O'Hagan Wolfe, Clerk